UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Brian Newberry and Kameren Newberry,
individually and as Trustees of the Newberry
Family Trust,

                      Petitioners,

   -against-

Sri Prayal Wijegoonaratna and Ball Pond Capital,
LLC,

                      Respondents.

WOODS, G
Part 1

20 CV 7005

Case No.

Order ~~to Show Cause To Seal~~

JUDGE STEIN

Upon the Second Declaration of Thomas A. Holman, dated August 28, 2020, and the exhibit thereto, the Memorandum of Law in Support of Order Show Cause to Seal by Petitioners Brian Newberry and Kameren Newberry ("Newberrys"), and all the papers and proceedings herein,

~~Let it be shown before this Court, at Room ___, United States Courthouse, located at 500 Pearl Street, in the City, County, and State of New York, on the ___ day of September 2020 at ___ or as soon thereafter as counsel can be heard why~~ an order, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 5.2 of the United States District Court for the Southern District of New York, should not be entered sealing (a) the Petition by the Newberrys for Confirmation of Arbitration Award Finding Breach of Contract, and Awarding Attorneys' Fees and Interest; (b) the Memorandum of Law in Support of Petition for Confirmation; and (c) the First Declaration of Thomas A. Holman and the eight exhibits attached thereto, or alternatively, permitting the Newberrys to file redacted versions of the

aforementioned documents publicly and file unredacted copies of those documents with the ~~Clerk under seal.~~ listed in items (a)-(c) of the preceding paragraph

ORDERED that, sufficient cause having been alleged, the ~~aforementioned~~ documents shall be temporarily filed under seal and access to them is restricted to the parties, their attorneys and authorized court personnel, ~~pending a hearing on this motion~~ in order to permit respondents to apply for sealing of these documents; and it is further

~~ORDERED that any papers in response to this order to show cause shall be filed on ECF and served on the attorneys for the Newberrys on or before September __, 2020;~~

Sufficient reason being alleged therefore, let service on or before ~~August/September~~ 31, 2020 of a copy of this order, together with the papers upon which it was granted, by overnight delivery service, upon the respondents and on the attorneys for respondents, Michael Tein, Esq., TEIN MALONE PLLC, 3059 Grand Avenue, Coconut Grove, FL 33133, be deemed good and sufficient service. Plaintiff is also directed to email a copy of these documents to counsel for respondents.

So Ordered:

_____
UNITED STATES DISTRICT COURT JUDGE
(Part, I)

ORDERED that the seal shall automatically be lifted on September 7, 2020 unless otherwise ordered by the Court; and it is further ORDERED, that any application to maintain the seal must be made no later than September 3, 2020

2